AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McConnell Jr, John J. | District of Rhode Island | 5/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Active | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Board Member | Crossroads RI |
| 2. | Member | Marthas Vineyard Colonial Inn LLC |
| 3. | Board Member | Institute for the Study & Practice of NonViolence |
| 4. | Emeritus Board Member | Trinity Repertory Company |
| 5. | Custodian | Alliance Capital 529 College Fund #2 |
| 6. | Trustee | Family Trust #1 |
| 7. | Board Member | Downtown Providence Parks Conservancy |
| 8. | Chair, Selection Committee | Hassenfeld Family Foundation, RI Public Interest Service Fellowship |
| 9. | Board Member | Federal Judges' Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/30/2003 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |
| 2. | 5/13/2011 | Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

3. 5/13/2011      Assignement of Membership Interests in Motely Rice LLC and Mutual Release (see Section VIII for further details)

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2018 | Deferred Compensation, MRRM PA | $2,456,993.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. Diners Club | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. --Wells Fargo Money Fund | B | Interest | N | T | | | | | |
| 3. --Affiliated Managers Group | A | Dividend | M | T | Buy (add'l) | 12/17/18 | L | | |
| 4. --Apple Inc | B | Dividend | M | T | | | | | |
| 5. --Applied Materials Inc | B | Dividend | M | T | Buy (add'l) | 12/17/18 | L | | |
| 6. --CBOE Holdings Inc | B | Dividend | M | T | | | | | |
| 7. --Celgene Corp | | None | | | Sold | 12/17/18 | K | | |
| 8. --Charles Schwab Corp | A | Dividend | L | T | | | | | |
| 9. --CME Group | D | Dividend | M | T | | | | | |
| 10. --Danaher Corp | A | Dividend | | | Sold | 12/17/18 | M | E | |
| 11. --EFT Managers TR (formerly PureFunds ISE Cyber) | A | Dividend | K | T | | | | | |
| 12. --Fedex Corp | B | Dividend | L | T | | | | | |
| 13. --Fireeye Inc | | None | J | T | | | | | |
| 14. --First Trust NYSE Arca Biotechnology Index Fund | | None | K | T | | | | | |
| 15. --Global X | A | Dividend | K | T | | | | | |
| 16. --Hologic Inc | | None | L | T | Buy | 08/01/18 | L | | |
| 17. --Intel Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Invesco Golden Dragon China ETF (formerly Powershares) | A | Dividend | L | T | | | | | |
| 19. --Invesco Tr II | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 20. --IQVIA Hldgs Inc | | None | M | T | Buy (add'l) | 01/24/18 | K | | |
| 21. --Ishares China | A | Dividend | | | Sold | 12/17/18 | K | C | |
| 22. --Ishares NASDAQ | A | Dividend | K | T | | | | | |
| 23. --Ishares TRMSCI Emerging Mkts Index Fd | B | Dividend | K | T | | | | | |
| 24. --Ishares Tr Russell 2000 Index Fd | C | Dividend | M | T | | | | | |
| 25. --Ishares Transportation Average ETF | B | Dividend | M | T | | | | | |
| 26. --Ishares US Broker Dealers | A | Dividend | K | T | | | | | |
| 27. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 28. --Lam Research Corp | C | Dividend | K | T | Sold (part) | 12/17/18 | L | | |
| 29. --Lattice Semiconductor Corp | | None | | | Sold (part) | 01/12/18 | K | | |
| 30. | | | | | Sold | 01/16/18 | J | | |
| 31. --Morgan Stanley | B | Dividend | L | T | | | | | |
| 32. --Proshares Trust ETF | | None | | | Buy | 01/25/18 | L | | |
| 33. | | | | | Sold | 06/19/18 | L | B | |
| 34. --Qualcomm Inc | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --SPDR Gold Trust | | None | K | T | | | | | |
| 36. --SPDR S&P Biotech ET | A | Dividend | M | T | | | | | |
| 37. --SPDR S&P Midcap 400 Trust Series N | C | Dividend | N | T | | | | | |
| 38. --SPDR S&P 500 Trust | D | Dividend | N | T | Sold (part) | 01/25/18 | L | E | |
| 39. --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | M | T | | | | | |
| 40. --SPDR S&P Semiconductor ETF | A | Dividend | L | T | | | | | |
| 41. --Stryker Corp | B | Dividend | M | T | | | | | |
| 42. --Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 43. --United Natural Foods Inc | | None | | | Sold | 07/27/18 | J | | |
| 44. --Vanguard Mid Cap ETF | A | Dividend | K | T | | | | | |
| 45. --Vanguard S&P 500 | C | Dividend | M | T | | | | | |
| 46. --Wisdomtree Investments | A | Dividend | K | T | Sold (part) | 12/17/18 | J | | |
| 47. --Xilinx Inc | D | Dividend | N | T | | | | | |
| 48. | | | | | | | | | |
| 49. Family Trust #1 (H) | | | | | | | | | |
| 50. --Wells Fargo Money Fund | C | Interest | P1 | T | | | | | |
| 51. --Affiliated Managers Group | A | Dividend | M | T | Buy (add'l) | 12/17/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Apple Inc | C | Dividend | M | T | | | | | |
| 53. --Applied Materials Inc | B | Dividend | M | T | Buy (add'l) | 12/17/18 | L | | |
| 54. --CBOE Holdings Inc | B | Dividend | M | T | | | | | |
| 55. --Celgene Corp | | None | | | Sold | 12/17/18 | K | | |
| 56. --Charles Schwab Corp | A | Dividend | L | T | | | | | |
| 57. --CME Group | D | Dividend | M | T | | | | | |
| 58. --Danaher Corp | A | Dividend | | | Sold | 12/17/18 | M | E | |
| 59. --EFT Managers TR (formerly PureFunds ISE Cyber) | A | Dividend | L | T | | | | | |
| 60. --Fedex Corp | B | Dividend | L | T | | | | | |
| 61. --First Trust NYSE Arca Biotechnology Index Fund | | None | K | T | | | | | |
| 62. --GlobalX | A | Dividend | K | T | | | | | |
| 63. --Hologic Inc | | None | L | T | Buy | 08/01/18 | L | | |
| 64. --Intel Corp | B | Dividend | L | T | | | | | |
| 65. --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | L | T | | | | | |
| 66. --Invesco Tr II | | None | K | T | Buy | 12/17/18 | K | | |
| 67. --IQVIA Hldgs I(nc | | None | M | T | Buy (add'l) | 01/24/18 | K | | |
| 68. --Ishares China | A | Dividend | | | Sold | 12/17/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Ishares NASDAQ | A | Dividend | K | T | | | | | |
| 70. --ISHRS Russell 2000 Index | C | Dividend | M | T | | | | | |
| 71. --Ishares TR MSCI Emergin Mkts Index Fd | A | Dividend | K | T | | | | | |
| 72. --Ishares Transportation Average ETF | B | Dividend | M | T | | | | | |
| 73. --Ishares US Broker Dealers | A | Dividend | K | T | | | | | |
| 74. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 75. --Lam Research Corp | C | Dividend | K | T | Sold (part) | 12/17/18 | L | | |
| 76. --Lattice Semiconductor Corp | | None | | | Sold (part) | 01/12/18 | K | | |
| 77. | | | | | Sold | 01/16/18 | J | | |
| 78. --Morgan Stanley | B | Dividend | L | T | | | | | |
| 79. --Proshares Trust ETF | | None | | | Buy | 01/25/18 | L | | |
| 80. | | | | | Sold | 06/15/18 | L | B | |
| 81. --Qualcomm Inc | D | Dividend | M | T | | | | | |
| 82. --SPDR Gold Trust | | None | K | T | | | | | |
| 83. --SPDR S&P 500 Trust | C | Dividend | M | T | Sold (part) | 01/25/18 | L | E | |
| 84. --SPDR S&P Biotech | A | Dividend | M | T | | | | | |
| 85. --SPDR S&P Midcap 400 | C | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | M | T | | | | | |
| 87. --SPDR S&P Semiconductor ETF | A | Dividend | L | T | | | | | |
| 88. --Stryker | B | Dividend | M | T | | | | | |
| 89. --Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 90. --United Natural Foods Inc | | None | | | Sold | 07/27/18 | J | | |
| 91. --Vanguard Mid Cap ETF | A | Dividend | K | T | | | | | |
| 92. --Vanguard S&P 500 ETF | C | Dividend | M | T | | | | | |
| 93. --Wisdomtree Investments | A | Dividend | K | T | Sold (part) | 12/17/18 | J | | |
| 94. --Xilinx Inc | D | Dividend | N | T | | | | | |
| 95. | | | | | | | | | |
| 96. IRA #1 (H) | | | | | | | | | |
| 97. --Wells Fargo Cash | A | Interest | J | T | | | | | |
| 98. --Affiliated Managers Group | A | Dividend | J | T | | | | | |
| 99. --Apple Inc | A | Dividend | J | T | | | | | |
| 100. --Applied Materials Inc | A | Dividend | J | T | | | | | |
| 101. --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 102. --Celgene Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --CME Group | A | Dividend | J | T | | | | | |
| 104. --Danaher Corp | A | Dividend | J | T | | | | | |
| 105. --Fedex Corp | A | Dividend | J | T | | | | | |
| 106. --Global X Funds ET | A | Dividend | J | T | | | | | |
| 107. --Hologic Inc | | None | J | T | Buy | 08/01/18 | J | | |
| 108. --Intel Corp | A | Dividend | J | T | | | | | |
| 109. --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | J | T | | | | | |
| 110. --Invesco S&P 500 Equal Wghtd Index Fd (formerly Guggenheim) | A | Dividend | J | T | | | | | |
| 111. --IQVIA Hldgs Inc | | None | J | T | | | | | |
| 112. --Ishares Core MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 113. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 114. --Ishares TR MSCI Emerging Mkts Index Fd | | | | | Sold | 06/05/18 | J | | |
| 115. --Ishares NASDAQ Biotech | A | Dividend | J | T | | | | | |
| 116. --iShares Transportation Average ETF | A | Dividend | J | T | | | | | |
| 117. --Ishares US Broker Dealers | A | Dividend | J | T | | | | | |
| 118. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 119. --Lam Research Corp | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Morgan Stanley | A | Dividend | J | T | | | | | |
| 121. --Qualcomm Inc | A | Dividend | J | T | | | | | |
| 122. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 123. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 124. --Stryker | A | Dividend | J | T | | | | | |
| 125. --Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 126. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 127. --Vanguard MSCI ETF Emerging | A | Dividend | J | T | | | | | |
| 128. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 129. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 130. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 131. --Walmart | A | Dividend | J | T | | | | | |
| 132. --Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134. IRA #2 (H) | | | | | | | | | |
| 135. --Wells Fargo Money Fund | A | Interest | J | T | | | | | |
| 136. --Affiliated Managers Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Apple Inc | A | Dividend | J | T | | | | | |
| 138. --Applied Materials | A | Dividend | J | T | | | | | |
| 139. --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 140. --Celgene Corp | | None | J | T | | | | | |
| 141. --CME Group | A | Dividend | J | T | | | | | |
| 142. --Danaher Corp | A | Dividend | J | T | | | | | |
| 143. --Fedex Corp | A | Dividend | J | T | | | | | |
| 144. --Global X | A | Dividend | J | T | | | | | |
| 145. --Hologic inc | | None | J | T | Buy | 08/01/18 | J | | |
| 146. --Intel Corp | A | Dividend | J | T | | | | | |
| 147. --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | J | T | | | | | |
| 148. --Invesco TR S&P 500 Equal Weight (formerly Guggenheim) | A | Dividend | J | T | | | | | |
| 149. --IQVIA Hldgs Inc | | None | J | T | | | | | |
| 150. --Ishares Core MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 151. --Ishares NASDAQ | A | Dividend | J | T | | | | | |
| 152. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 153. --Ishares TR MSCI Emerging Mkts Index Fd | | None | | | Sold | 06/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Ishares Transportation Average ETF | A | Dividend | J | T | | | | | |
| 155. --Ishares US Brokers Dealers | A | Dividend | J | T | | | | | |
| 156. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 157. --Lam Research Corp | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 158. --Morgan Stanley | A | Dividend | J | T | | | | | |
| 159. --Qualcomm Inc | A | Dividend | J | T | | | | | |
| 160. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 161. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 162. --Stryker Corp | A | Dividend | J | T | | | | | |
| 163. --Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 164. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 165. --Vanguard MSCI EAFE | A | Dividend | J | T | | | | | |
| 166. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 167. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 168. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 169. --Walmart | A | Dividend | J | T | | | | | |
| 170. --Wisdomtree Investments | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. IRA #3 (H) | | | | | | | | | |
| 173. --Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 174. --Affiliated Managers Group | A | Dividend | K | T | | | | | |
| 175. --Apple Inc | B | Dividend | M | T | | | | | |
| 176. --Applied Materials Inc | A | Dividend | K | T | | | | | |
| 177. --CBOE Holdings Inc | A | Dividend | L | T | | | | | |
| 178. --Celgene Corp | | None | | | Sold (part) | 01/26/18 | K | C | |
| 179. | | | | | Sold | 06/05/18 | K | | |
| 180. --CME Group | C | Dividend | L | T | | | | | |
| 181. --Danaher Corp | A | Dividend | | | Sold | 06/05/18 | K | D | |
| 182. --EFT Managers Tr | A | Dividend | K | T | Buy (add'l) | 06/06/18 | K | | |
| 183. --Fedex Corp | A | Dividend | K | T | | | | | |
| 184. --Global X | A | Dividend | J | T | | | | | |
| 185. --Hologic Inc | | None | L | T | Buy | 08/01/18 | L | | |
| 186. --Intel Corp | B | Dividend | K | T | | | | | |
| 187. --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | K | T | Buy (add'l) | 06/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  --Invesco Small Cap Health Care | A | Dividend | K | T | Buy | 06/07/18 | K | | |
| 189.  --Invesco TR S&P 500 Equal Weight (formerly Guggenheim) | C | Dividend | M | T | | | | | |
| 190.  --IQVIA Hldgs Inc | | None | L | T | | | | | |
| 191.  --Ishares TRMSCI Emerging Mkts Index Fd | | None | | | Sold | 06/05/18 | L | A | |
| 192.  --iShares Transportation Average ETF | A | Dividend | K | T | | | | | |
| 193.  --Johnson & Johnson | B | Dividend | K | T | | | | | |
| 194.  --Lam Research Corp | B | Dividend | K | T | Buy (add'l) | 01/22/18 | J | | |
| 195.  --Morgan Stanley | B | Dividend | K | T | | | | | |
| 196.  --Proshares Trust ETF | | None | | | Buy | 01/26/18 | K | | |
| 197. | | None | | | Sold | 06/19/18 | K | A | |
| 198.  --Qualcomm Inc | B | Dividend | K | T | | | | | |
| 199.  --SPDR Gold Trust | | None | | | Sold | 06/05/18 | K | | |
| 200.  --SPDR S&P Bank ETF | A | Dividend | K | T | Buy | 06/06/18 | K | | |
| 201.  --SPDR S&P Biotech ET | A | Dividend | L | T | Buy (add'l) | 06/06/18 | K | | |
| 202.  --SPDR S&P Semiconductor ETF | | None | K | T | Buy | 06/06/18 | K | | |
| 203.  --Stryker Corp | A | Dividend | L | T | | | | | |
| 204.  --Thermo Fisher Scientific | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Vanguard Mid Cap | A | Dividend | | | Sold | 06/05/18 | M | F | |
| 206. --Vanguard MSCIEAFE | B | Dividend | K | T | | | | | |
| 207. --Vanguard Russell 2000 Growth | A | Dividend | M | T | | | | | |
| 208. --Vanguard Russel 2000 Value | B | Dividend | L | T | | | | | |
| 209. --Vanguard S&P 500 | C | Dividend | M | T | | | | | |
| 210. --Walmart | A | Dividend | | | Sold | 06/05/18 | K | C | |
| 211. --Wisdomtree Investments | A | Dividend | K | T | | | | | |
| 212. --Xilinx Inc | A | Dividend | L | T | | | | | |
| 213. | | | | | | | | | |
| 214. Bank RI Accounts #1 | A | Interest | J | T | | | | | |
| 215. Bank RI Accounts #2 | A | Interest | K | T | | | | | |
| 216. Bank RI Accounts #3 | A | Interest | K | T | | | | | |
| 217. Navigant Credit Union | A | Interest | | | Closed | 09/01/18 | J | | |
| 218. USAA Accounts #1 | C | Interest | N | T | | | | | |
| 219. | | | | | | | | | |
| 220. Alliance Capital 529 College Fund #2 (H) | | | | | | | | | |
| 221. --CBF Portfolio 1996-98 ALT RA | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. Catalist LLC | A | Interest | K | U | | | | | |
| 224. DSF Capital Partners III LP | D | Distribution | | | Distributed | 06/15/18 | J | | |
| 225. DSF Capital Partners IV LP | G | Distribution | J | U | | | | | |
| 226. | | | | | | | | | |
| 227. MetLife Universal Life | | None | N | T | | | | | |
| 228. Sun Life Universal Life #1 | | None | O | T | | | | | |
| 229. Sun Life Universal Life #2 | | None | O | T | | | | | |
| 230. Sun Life Universal Life #3 | | None | O | T | | | | | |
| 231. | | | | | | | | | |
| 232. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 233. | | | | | | | | | |
| 234. Martha's Vineyard Colonial Inn LLC | F | Distribution | P1 | U | | | | | |
| 235. | | | | | | | | | |
| 236. Brokerage # 2 (H) | | | | | | | | | |
| 237. --Ameritrade Insured Deposit Account | A | Interest | J | T | | | | | |
| 238. --Amazon.com Inc | | None | K | T | Buy (add'l) | 12/04/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Annaly Capital Management Inc | A | Dividend | J | T | | | | | |
| 240. --Apple Inc | A | Dividend | | | Sold (part) | 07/25/18 | J | B | |
| 241. | | | | | Sold | 08/02/18 | J | A | |
| 242. --AT&T Corp NFSC | A | Dividend | J | T | | | | | |
| 243. --Cardinal Health Inc | A | Dividend | J | T | | | | | |
| 244. --Coca Cola | A | Dividend | J | T | | | | | |
| 245. --Exelon Corp | A | Dividend | J | T | | | | | |
| 246. --Exxon Mobil | A | Dividend | J | T | | | | | |
| 247. --Facebook Inc | | None | J | T | Buy | 08/01/18 | J | | |
| 248. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 249. --Ford Motor Co | A | Dividend | J | T | Buy (add'l) | 11/15/18 | J | | |
| 250. --General Electric | A | Dividend | | | Sold (part) | 06/27/18 | J | | |
| 251. | | | | | Sold (part) | 07/05/18 | J | | |
| 252. | | | | | Sold | 07/06/18 | J | | |
| 253. --General Mills Inc | A | Dividend | J | T | | | | | |
| 254. --Intel Corp | A | Dividend | J | T | | | | | |
| 255. --iShares Core S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 257.  --JPMorgan Chase & Co | A | Dividend | J | T | Buy (add'l) | 12/04/18 | J | | |
| 258. | | | | | Sold (part) | 08/06/18 | J | C | |
| 259.  --Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 260.  --Microsoft Corp | A | Dividend | J | T | | | | | |
| 261.  --New York Community Bancorp Inc | A | Dividend | J | T | | | | | |
| 262.  --Pfizer Inc | A | Dividend | K | T | | | | | |
| 263.  --Procter&Gamble | A | Dividend | J | T | | | | | |
| 264.  --Symantec Corp | A | Dividend | J | T | | | | | |
| 265.  --Verizon | A | Dividend | J | T | | | | | |
| 266.  --Waste Management Inc | A | Dividend | J | T | | | | | |
| 267. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

A)  Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.

B)  Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.

C)  Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mututal release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. McConnell Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544